# EXHIBIT A

| FACILITY STANDARDS | CS |
| --- | --- |
| | (LOCAL) |

# ADD POLICY

**Use of Restrooms and Locker Rooms**

To the extent permitted by law, schools shall maintain separate restrooms, locker rooms, and other similar facilities designated for and used only by persons based on the person's biological sex. Individuals shall be required to use the facility that corresponds to their biological sex assigned at birth.

This policy does not prohibit the District from providing reasonable accommodations upon request. Reasonable accommodations may be made for any person seeking privacy (i.e. single user restroom). Any information related to accommodations shall be handled in such a way as to the protect the individual's privacy.

In accordance with law, a person's biological sex is identified on the person's official birth certificate provided the statement was:

1. Entered at or near the time of the person's birth; or

2. Modified only to the extent necessary to correct any type of scrivener or clerical error in the person's biological sex.

[See Birth Certificate Statement in FM(LEGAL)]

For the purposes of this policy, "restroom or locker room" means a location where a person may reasonably be in a state of undress, including a shower room.