# EXHIBIT C

# BOARD OF TRUSTEES
# CARROLL INDEPENDENT SCHOOL DISTRICT
# RESOLUTION

## Resolution Denouncing Changes to Title IX

**WHEREAS,** on April 29, 2024, Texas Governor Greg Abbott sent a letter to the President of the United States stating the President has exceeded his constitutional authority in rewriting certain aspects of Title IX and instructed the Texas Education Agency to ignore these changes; and

**WHEREAS,** on May 3, 2024, Tarrant County Judge Tim O'Hare released a statement calling for superintendents and education leaders in Tarrant County to disregard the Biden administration's Title IX rewrite; and

**WHEREAS,** on May 3, 2024, Texas State Representatives Brian Harrison, Tony Tinderholt, Steve Toth and Nate Schatzline released a joint statement demanding the Biden administration reconsider their rewrite of Title IX; and

**WHEREAS,** the Carroll Independent School District (CISD) is committed to providing a safe and secure learning environment for all students; and

**WHEREAS,** Title IX of the Education Amendments Act of 1972 has historically served as a cornerstone in the protection of students from discrimination based on sex in educational programs and activities receiving federal financial assistance; and

**WHEREAS,** recent changes announced by the Biden administration to Title IX regulations are set to take effect on August 1, 2024, significantly altering the existing framework and potentially undermining the rights and protections of students; and

**WHEREAS,** these changes may introduce confusion and ambiguity regarding the implementation and enforcement of Title IX, potentially jeopardizing the safety and well-being of students in our district; and

**WHEREAS,** the CISD Board of Trustees is dedicated to upholding the principles of fairness, equality, and accountability in all aspects of education;

**NOW, LET IT BE HEREBY RESOLVED,**

**THAT** the CISD Board of Trustees denounces the recent changes to Title IX regulations proposed by the Biden administration, expressing deep concern over the potential negative impact on our students and community; and

**THAT** the CISD Board of Trustees urges the Biden administration to reconsider these changes and engage in meaningful dialogue with stakeholders, including educators, administrators, parents, and students, to ensure that any modifications to Title IX uphold the fundamental rights and protections of all students; and

**THAT** the CISD Board of Trustees reaffirms its commitment to maintaining a safe and secure learning environment for all students, free from discrimination, harassment, and violence.

**THAT** copies of this resolution be transmitted to TEA Commissioner Morath, the Texas State Board of Education, and other relevant stakeholders to underscore the importance of this matter to the CISD community and to seek support for our efforts to ensure these changes are challenged at the highest levels.

PRESENTED AND APPROVED on this _____ day of _____ by a vote of _____ in favor and _____ against by the Board of Trustees of the Carroll Independent School District.

_____
D. Cameron Bryan, President
Board of Trustees

ATTEST:

_____
Christina Stacy, Secretary
Board of Trustees

_____
Trustee

_____
Trustee

_____
Trustee

_____
Trustee

_____
Trustee



GOVERNOR GREG ABBOTT

April 29, 2024

The Honorable Joseph R. Biden, Jr.
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Dear President Biden:

Title IX was written by Congress to support the advancement of women academically and athletically. The law was based on the fundamental premise that there are only two sexes—male and female. You have rewritten Title IX to force schools to treat boys as if they were girls and to accept every student's self-declared gender identity. This ham-handed effort to impose a leftist belief onto Title IX exceeds your authority as President.

I am instructing the Texas Education Agency to ignore your illegal dictate. Your rewrite of Title IX not only exceeds your constitutional authority, but it also tramples laws that I signed to protect the integrity of women's sports by prohibiting men from competing against female athletes. Texas will fight to protect those laws and to deny your abuse of authority.

Sincerely,

*Greg Abbott*

Greg Abbott
Governor

GA:red



**Office of County Judge**
**Tim O'Hare**

May 3, 2024

**Statement from Tarrant County Judge Tim O'Hare**

**Call for Tarrant County School Administrators to Reject Biden's Illegal Title IX Rewrites**

As the Biden Administration moves forward with its changes to Title IX regulations, I urge all Superintendents and educational leaders in Tarrant County to stand firm in protecting the privacy rights of young women and the fairness of women's athletics by disregarding Biden's unlawful mandates. The Department of Education lacks the Constitutional authority required to significantly rewrite or redefine law. Nine states are suing the Department of Education over these recent radical changes to Title IX. Governor Abbott has also urged the Texas Education Agency to ignore this illegal dictate from the Department of Education.

Title IX was enacted to ensure equal opportunities for all students. However, the proposed changes put forward by the Biden Administration jeopardize women's sports and compromise the safety of young women. It is our collective responsibility to ensure that all students, no matter their gender, can thrive and succeed in a safe environment. I stand firm in rejecting the radical notion that we should ignore the biological differences between boys and girls, and that women shouldn't have private spaces or their own athletic competitions.

###



## TEXAS HOUSE OF REPRESENTATIVES
## NATE SCHATZLINE

DISTRICT 93

Dear President Biden,

We are writing to demand that you reconsider your recent decision to unilaterally rewrite Title IX. Title IX was originally written to support equal opportunities for women in academics and athletics. However, this revision threatens to undermine the safety and rights of young girls across the nation. Your reworking of Title IX is a clear attempt to circumvent Congress in order to supersede laws passed in Texas and around the country protecting girls from grown men infiltrating their spaces. Your actions not only overstep constitutional boundaries between branches of government, but also disregard the principles of federalism enshrined in Article 1 and the Tenth Amendment of the United States Constitution. Moreover, they infringe upon the fundamental rights of parents to determine what is best for their children.

As representatives of Texas, we must emphasize that you don't mess with Texas, especially Texas parents. Texans do not support your illegal action, which places Texas students and teachers in imminent danger, as is evidenced by our attorney general immediately suing and our governor instructing the Texas Education Agency to ignore this rule. We will not surrender our daughters to your perverse agenda seeking to sexualize our children, and we look forward to fighting to ensure that women in the State of Texas continue to have the academic and athletic protections that Title IX was created to protect.

_____          _____
Rep. Nate Schatzline                        Rep. Steve Toth

_____          _____
Rep. Brian Harrison                          Rep. Tony Tinderholt

Exhibit C, Page 5