**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Carroll Independent School District | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:24-cv-00461-O |
| | § | |
| | § | |
| U.S. Department of Education, et al. | § | |
| *Defendant* | § | |
| | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Alliance Defending Freedom, with offices at

44180 Riverside Pkwy
(Street Address)

Lansdowne                    VA                    20176
(City)                       (State)               (Zip Code)

(571) 707-4655               (571) 707-4790
(Telephone No.)              (Fax No.)

**II.** Applicant will sign all filings with the name  Tyson C. Langhofer .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Carroll Independent School District

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _Virginia_, where Applicant regularly practices law.

Bar license number: 95204   Admission date: January 8, 2020

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attachment A | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Timothy Davis, who has offices at

Jackson Walker, 777 Main Street, Suite 2100
(Street Address)

Fort Worth                TX            76102
(City)                    (State)       (Zip Code)

817.334.7270              817.334.7290
(Telephone No.)           (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   21   day of May, 2024.

Tyson C. Langhofer
Printed Name of Applicant

s/ Tyson C. Langhofer
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## ATTACHMENT A TO APPLICATION FOR ADMISSION *PRO HAC VICE*

## Bar and Court Admissions for Tyson C. Langhofer

| State Bar Admissions: | Bar Number (if any) | Date admitted |
|---|---|---|
| Kansas State Bar | State Bar No.: 19241 | September 24, 1999 |
| Arizona State Bar | State Bar No.: 32589 | November 5, 2015 |
| Virginia State Bar | State Bar No.: 95204 | January 8, 2020 |
|  |  |  |
| **State Court Admissions:** |  |  |
| Kansas Supreme Court | 19241 | September 24, 1999 |
| Arizona Supreme Court | 32589 | November 5, 2015 |
| Virginia Supreme Court | 95204 | January 8, 2020 |
| Virginia Circuit Court | 95204 | January 8, 2020 |
|  |  |  |
| **Federal Court Admissions:** |  |  |
| U.S. District Court for the District of Kansas |  | September 24, 1999 |
| U.S. District Court for the District of Colorado |  | October 15, 2015 |
| U.S. District Court for the District of Arizona |  | December 14, 2015 |
| U.S. District Court for the Western District of Michigan |  | November 17, 2016 |
| U.S. District Court for the Western District of Wisconsin |  | November 16, 2017 |
| U.S. District Court for the Southern District of Ohio |  | November 16, 2018 |
| U.S. District Court for the District of Columbia | VA101 | March 1, 2021 |

| | | |
|---|---|---|
| U.S. District Court for the Northern District of New York | 702027 | August 29, 2023 |
| U.S. District Court for the District of Vermont | | September 25, 2023 |
| U.S. Court of Appeals for the 4th Circuit | | August 30, 2017 |
| U.S. Court of Appeals for the 11th Circuit | | July 10, 2018 |
| U.S. Court of Appeals for the 6th Circuit | | March 30, 2020 |
| U.S. Court of Appeals for the 8th Circuit | 20-0309 | October 16, 2020 |
| U.S. Court of Appeals for the 9th Circuit | | February 22, 2023 |
| U.S. Court of Appeals for the 1st Circuit | 1208513 | June 26, 2023 |
| U.S. Court of Appeals for the 10th Circuit | | October 19, 2023 |
| U.S. Court of Appeals for the 2nd Circuit | | January 18, 2024 |
| | | |
| Supreme Court of the United States | 312213 | January 22, 2020 |

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **TYSON CHARLES LANGHOFER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. LANGHOFER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **JANUARY 8, 2020**, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued May 6, 2024

*DaVida M. Davis*
DaVida M. Davis
**Director of Regulatory Compliance**