**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Carroll Independent School District § | |
| *Plaintiff* § | |
| § | |
| v. § | Case No. 4:24-cv-00461-O |
| § | |
| U.S. Department of Education, et al. § | |
| *Defendant* § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Alliance Defending Freedom, with offices at

15100 N. 90th Street
(Street Address)

Scottsdale                AZ                85260
(City)                    (State)           (Zip Code)

(480) 444-0020            (480) 444-0028
(Telephone No.)           (Fax No.)

**II.** Applicant will sign all filings with the name  Jonathan A. Scruggs.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Carroll Independent School District

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Arizona_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 030505     Admission date: October 15, 2013

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attachment | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

09/06/2022   2:21-cv-00163-Z | Neese, et al. v. Becerra, et al.

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Timothy Davis                                    , who has offices at

Jackson Walker, 777 Main Street, Suite 2100
(Street Address)

Fort Worth                        TX              76102
(City)                            (State)         (Zip Code)

817.334.7270                      817.334.7290
(Telephone No.)                   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   21   day of May                         , 2024     .

Jonathan A. Scruggs
Printed Name of Applicant
s/ Jonathan A. Scruggs

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## JONATHAN A. SCRUGGS
## BAR AND COURT ADMISSIONS

**STATE BARS**                                                                **DATE ADMITTED**

State Bar of Tennessee (No. 25679) ..................................................................November 13, 2006
State Bar of Arizona (No. 030505) .......................................................................October 15, 2013

**STATE COURTS**                                                  **DATE ADMITTED**

Supreme Court of Tennessee ............................................................................November 13, 2006
Supreme Court of Arizona ..................................................................................October 15, 2013

**FEDERAL COURTS**                                            **DATE ADMITTED**

U.S. District Court for the Western District of Tennessee ....................................January 29, 2007
U.S. District Court for the Eastern District of Wisconsin......................................February 8, 2008
U.S. District Court for the Middle District of Tennessee ......................................August 23, 2010
U.S. District Court for the Northern District of New York ........................................May 31, 2011
U.S. District Court for the Western District of Oklahoma ....................................October 28, 2011
U.S. District Court for the Western District of New York .......................................... May 3, 2012
U.S. District Court for the District of Arizona......................................................December 4, 2013
U.S. District Court for the District of Colorado............................................... September 15, 2016
U.S. District Court for the Western District of Michigan.......................................... May 15, 2017
U.S. District Court for the Eastern District of Michigan .......................................... March 8, 2018
U.S. District Court for the Eastern District of Tennessee............................................July 22, 2021

United States Court of Appeals for the 4th Circuit.................................................... April 18, 2007
United States Court of Appeals for the 6th Circuit...................................................... May 4, 2007
United States Court of Appeals for the 7th Circuit.................................................... May 11, 2007
United States Court of Appeals for the 5th Circuit...................................................... April 1, 2009
United States Court of Appeals for the 11th Circuit......................................... December 23, 2009
United States Court of Appeals for the 8th Circuit.................................................... May 13, 2011
United States Court of Appeals for the 9th Circuit ..................................................June 11, 2012
United States Court of Appeals for the 10th Circuit..................................................June 27, 2012
United States Court of Appeals for the 3rd Circuit.............................................February 21, 2018
United States Court of Appeals for the District of Columbia Circuit..........................July 13, 2018
United States Court of Appeals for the 2nd Circuit..............................................January 27, 2022

Supreme Court of the United States (Bar No. 301398) .............................................. April 3, 2017

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### *JONATHAN ANDREW SCRUGGS*

*was on the 15th day of October, 2013 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 18th day of March, 2024.*

*TRACIE K. LINDEMAN, Clerk*

By *Ana Ramirez*
*Ana Ramirez*
*Deputy Clerk III*



# Supreme Court

STATE OF ARIZONA
ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JONATHAN ANDREW SCRUGGS,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 15, 2013, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 03-16-2024

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS1428AF436F7