UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00461-O |

## ORDER

　　Before the Court is Plaintiff's Complaint (ECF No. 1), filed May 21, 2024. In the Complaint, Plaintiff prays that the "Court issue all necessary and appropriate process, including a preliminary injunction and temporary order under 5 U.S.C. § 705[.]" To expeditiously resolve the issues presented, the Court **ORDERS** Plaintiff to confer with Defendants and agree on a briefing schedule for the impending motion. The parties are to file a joint notice outlining the agreed

briefing schedule **no later than May 31, 2024**. The Court **DIRECTS** Plaintiff to send this order to Defendants no later than **May 24, 2024**.

    **SO ORDERED** on this **21st day** of **May, 2024**.

                                          Reed O'Connor
                                       **UNITED STATES DISTRICT JUDGE**