## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT**, | |
| *Plaintiff*, | **Case No.** 4:24-cv-00461-O |
| v. | |
| **UNITED STATES DEPARTMENT OF EDUCATION**; **MIGUEL CARDONA**, in his official capacity as Secretary of the United States Department of Education; **CATHERINE E. LHAMON**, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; **UNITED STATES DEPARTMENT OF JUSTICE**; **MERRICK B. GARLAND**, in his official capacity as Attorney General of the United States; and **KRISTEN CLARKE**, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice, | |
| *Defendants*. | |

## CORRECTED DECLARATION OF SERVICE

I, Olga Ivashina, the undersigned, am over the age of 18 and am not a party to this lawsuit. I am a paralegal at Alliance Defending Freedom in Lansdowne, Virginia. Alliance Defending Freedom represents the Plaintiff, Carroll Independent School District, in the above-captioned case.

I do hereby affirm and state as follows:

1.     On May 22, 2024, I effectuated service on **United States of America**, by mailing the Complaint and Exhibits A–C (ECF Nos. 1, 1-1, 1-2, 1-3); Notice of Civil

1

Cover Sheet (ECF No. 2); Certificate of Interested Persons/Disclosure Statement (ECF No. 3); Application for Admission *Pro Hac Vice* by Tyson C. Langhofer and Proposed Order (ECF Nos. 4, 4-1); Application for Admission *Pro Hac Vice* by Mathew W. Hoffmann and Proposed Order (ECF Nos. 5, 5-1); Application for Admission *Pro Hac Vice* by Jonathan A. Scruggs and Proposed Order (ECF Nos. 6, 6-1); Order (ECF No. 7); Order granting Application for Admission *Pro Hac Vice* by Tyson C. Langhofer (ECF No. 8); Order granting Application for Admission *Pro Hac Vice* by Tyson C. Langhofer (ECF No. 8); Order granting Application for Admission *Pro Hac Vice* by Mathew W. Hoffmann (ECF No. 9); Order granting Application for Admission *Pro Hac Vice* by Jonathan A. Scruggs (ECF No. 10); Summons Issued to all Defendants (ECF No. 11); Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge (ECF No. 12) by Certified Mail, Return Receipt Requested, USPS Tracking No. 9589071052700765785898 to United States of America, c/o Leigha Simonton, United States Attorney, *Attn: Civil-Process Clerk,* U.S. Attorney's Office for the Northern District of Texas 1100 Commerce Street, Third Floor, Dallas, Texas 75242-1699. The package is showing as 'delivered' as of May 24, 2024, 12:52 p.m. Central.

    2.    On May 22, 2024, I effectuated service on **United States of America**, by mailing ECF Nos. 1–12 by Certified Mail, Return Receipt Requested, USPS Tracking No. 9589071052700765785904 to United States of America, c/o Merrick B. Garland, Attorney General of the United States, U.S. Department of Justice, *Attn: Assistant Attorney General for Administration,* Justice Management Division, Room 1111, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. The package is showing as 'delivered' as of May 24, 2024, 5:45 a.m. Eastern.

    3.    On May 22, 2024, I effectuated service on **Defendant United States Department of Education**, by mailing ECF Nos. 1–12 by Certified Mail, Return Receipt Requested, USPS Tracking No. 9589071052700765785850 to U.S.

Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202. The package is showing as 'delivered' as of May 23, 2024, 11:42 a.m. Eastern.

4.    On May 22, 2024, I effectuated service on **Defendant Miguel Cardona**, by mailing ECF Nos. 1–12 by Certified Mail, Return Receipt Requested, USPS Tracking No. 9589071052700765785867 to Miguel Cardona, Secretary, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202. The package is showing as 'delivered' as of May 23, 2024, 11:42 a.m. Eastern.

5.    On May 22, 2024, I effectuated service on **Defendant Catherine E. Lhamon**, by mailing ECF Nos. 1–12 by Certified Mail, Return Receipt Requested, USPS Tracking No. 9589071052700713732912 to Catherine E. Lhamon, Assistant Secretary for Civil Rights, U.S. Department of Education, Office for Civil Rights, 400 Maryland Avenue, SW, Washington, D.C. 20202. The package is showing as 'delivered' as of May 23, 2024, 11:42 a.m. Eastern.

6.    On May 22, 2024, I effectuated service on **Defendant United States Department of Justice**, by mailing ECF Nos. 1–12 by Certified Mail, Return Receipt Requested, USPS Tracking No. 9589071052700765785836 to U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. The package is showing as 'delivered' as of May 24, 2024, 5:45 a.m. Eastern.

7.    On May 22, 2024, I effectuated service on **Defendant Merrick B. Garland**, by mailing ECF Nos. 1–12 by Certified Mail, Return Receipt Requested, USPS Tracking No. 9589071052700765785881 to Merrick B. Garland, Attorney General of the United States U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. The package is showing as 'delivered' as of May 24, 2024, 5:45 a.m. Eastern.

8.    On May 22, 2024, I effectuated service on **Defendant Kristen Clarke**, by mailing ECF Nos. 1–12 by Certified Mail, Return Receipt Requested, USPS Tracking No. 9589071052700765785843 to Kristen Clarke, Assistant Attorney

General for Civil Rights, U.S. Department of Justice, Civil Rights Division, 950 Pennsylvania Avenue, NW, Washington, DC 20530. The package is showing as 'delivered' as of May 24, 2024, 5:45 a.m. Eastern.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.


Executed this 24th day of May, 2024 at Lansdowne, Virginia.

Olga Ivashina