IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>    Defendants. | Civil Action No. 4:24-cv-00461-O |

## ORDER

Before the Court is the parties' Joint Notice Outlining Briefing Schedule for Motion to Delay Effective Date and for Preliminary Injunction (ECF No. 18), filed on May 31, 2024. Additionally, Plaintiff filed its motion for preliminary injunction (ECF No. 15) on May 30, 2024. After due consideration, the Court finds the parties' proposed schedule to be appropriate for this case and **ORDERS** as follows:

1. The deadline for Defendants to file their response **June 20, 2024**.
2. The deadline for Plaintiff to file their reply is **July 5, 2024**.

3. A hearing for oral argument will be scheduled at a later date.

**SO ORDERED** this **31st day** of **May, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**