IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT**,<br><br>　*Plaintiff*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,** *et al.*,<br><br>　*Defendants*. | **Case No.** 4:24-cv-00461-O |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth Tulis of the United States Department of Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: May 31, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney (N.Y. Bar)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Counsel for the Defendants*