# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>         Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>         Defendants. | Case No. 4:24-cv-00461-O<br>District Judge Reed O'Connor |

## DEFENDANTS' NOTICE OF FILING OF MOTION TO CONSOLIDATE

Defendants respectfully notify the Court that, earlier today, in *State of Texas, et al. v. United States Department of Education, et al.,* 2:24-cv-86-Z (N.D. Tex.), Defendants filed a motion to consolidate this case with that one pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. A copy of the motion to consolidate is attached to this notice.

Dated: May 31, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-9237

1

                                          Fax: (202) 616-8470
                                          E-mail: elizabeth.tulis@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Elizabeth Tulis*
