# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT**, <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF EDUCATION; ET AL.**, <br><br> *Defendants.* | **Case No.** 4:24-cv-00461-O |

### PLAINTIFF'S NOTICE OF FILING
### OPPOSITION TO DEFENDANTS' MOTION TO CONSOLIDATE

Earlier today, in *State of Texas, et al. v. United States Department of Education, et al.*, 2:24-cv-86-Z (N.D. Tex.), Plaintiff moved for leave to file a response in opposition to Defendants' motion to consolidate this case with No. 2:24-cv-86-Z, along with its brief in opposition to consolidation. Copies of the motion and brief are attached here.

1

Respectfully submitted this 7th day of June, 2024.

**Tim Davis**
Texas Bar No. 24086142
**Allison Allman**
Texas Bar No. 24094023
**Trevor Paul**
Texas Bar No. 24133388
**JACKSON WALKER LLP**
777 Main Street, Suite 2100
Fort Worth, Texas 76102
Telephone: (817) 334-7200
tdavis@jw.com
aallman@jw.com
tpaul@jw.com

**Jonathan A. Scruggs***
Arizona Bar No. 030505
**ALLIANCE DEFENDING FREEDOM**
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
jscruggs@ADFLegal.org

*/s/ Natalie D. Thompson*
**Natalie D. Thompson****
Texas Bar No. 24088529
**ALLIANCE DEFENDING FREEDOM**
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
nthompson@ADFlegal.org

**Tyson C. Langhofer***
Virginia Bar No. 95204
**Mathew W. Hoffmann***
Virginia Bar No. 100102
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

**Counsel for Carroll ISD**

*Admitted pro hac vice*

***Practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

## CERTIFICATE OF SERVICE

  I certify that on June 7th, 2024, this document was served on all counsel of record via the Court's CM/ECF system.

                */s/ Natalie D. Thompson*
                Natalie D. Thompson
                **Counsel for Carroll ISD**