## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT**, <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF EDUCATION; ET AL.,** <br><br> *Defendants.* | **Case No.** 4:24-cv-00461-O |

## PLAINTIFF'S NOTICE OF ORDER
## DENYING DEFENDANTS' MOTION TO CONSOLIDATE

Earlier today, in *State of Texas, et al. v. United States Department of Education, et al.*, 2:24-cv-86-Z (N.D. Tex.), the court denied Defendants' motion to consolidate (ECF No. 21-1). A copy of the order is attached here.

1

Respectfully submitted this 10th day of June, 2024.

*/s/ Natalie D. Thompson*

| | |
|---|---|
| **Tim Davis** | **Natalie D. Thompson\*\*** |
| Texas Bar No. 24086142 | Texas Bar No. 24088529 |
| **Allison Allman** | **ALLIANCE DEFENDING FREEDOM** |
| Texas Bar No. 24094023 | 440 First Street NW, Suite 600 |
| **Trevor Paul** | Washington, DC 20001 |
| Texas Bar No. 24133388 | Telephone: (202) 393-8690 |
| **JACKSON WALKER LLP** | Facsimile: (202) 347-3622 |
| 777 Main Street, Suite 2100 | nthompson@ADFlegal.org |
| Fort Worth, Texas 76102 | |
| Telephone: (817) 334-7200 | **Tyson C. Langhofer\*** |
| tdavis@jw.com | Virginia Bar No. 95204 |
| aallman@jw.com | **Mathew W. Hoffmann\*** |
| tpaul@jw.com | Virginia Bar No. 100102 |

**Jonathan A. Scruggs\***
Arizona Bar No. 030505
**ALLIANCE DEFENDING FREEDOM**
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
jscruggs@ADFLegal.org

**Tyson C. Langhofer\***
Virginia Bar No. 95204
**Mathew W. Hoffmann\***
Virginia Bar No. 100102
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

**Counsel for Carroll ISD**

**\****Admitted pro hac vice in*

**\*\****Practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

## CERTIFICATE OF SERVICE

I certify that on June 10th, 2024, this document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Natalie D. Thompson*
Natalie D. Thompson
**Counsel for Carroll ISD**