**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-00461-O<br>District Judge Reed C. O'Connor |

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION TO APPEAR AND FILE**
**WITHOUT LOCAL COUNSEL**

On this date, the Court considered the Motion for Leave to Appear and File Without Local Counsel of the Proposed Amici States of California, New Jersey, and Pennsylvania.  After considering said Motion, the Court believes the Motion is meritorious, and the Motion is GRANTED.

The Court grants Proposed Amici States of California, New Jersey, and Pennsylvania leave to appear and file without local counsel.

    **SO ORDERED**

Dated: June _____, 2024

_____
DAVID C. GODBEY
Chief United States District Judge

1