UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>Defendants. | Civil Action No. 4:24-cv-00461-O |

## ORDER

Before the Court is California, New Jersey, and Pennsylvania's ("Proposed Amici States") Unopposed Motion for Leave to Appear Without Local Counsel ("Motion") (ECF No. 24), filed June 12, 2024. "Proposed Amici States do not seek party status or to participate in oral argument, but only to file an amicus brief to provide the Court with useful information to aid the Court in resolving the pending motion [to delay effective date and for preliminary injunction]." ECF No. 24 at 2.

1

The Court may exercise its "discretion to consider 'amicus' briefing where 'the proffered information is timely and useful or otherwise necessary to the administration of justice.'" *United States ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-CV-1154-O, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (citation omitted). Having considered the reasons in support of this filing and noting the lack of opposition from any party, the Court exercises its discretion to **GRANT** leave to file the *amicus curiae* brief. Proposed Amici States do not require local counsel and may file an amicus brief regarding Plaintiff's Motion to Delay Effective Date and for Preliminary Injunction (ECF No. 15) no later than **Friday, June 21, 2024**.

**SO ORDERED** on this **13th** day of **June, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**