**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **Carroll Independent School District**, <br><br> *Plaintiff*, <br><br> v. <br><br> **United States Department of Education,** et al., <br><br> *Defendants*. | **Case No.** 4:24-cv-00461-O <br> District Judge Reed C. O'Connor |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

1.      Pending before the Court is Plaintiff's motion to delay effective date and for preliminary injunction. *See* ECF No. 15.

2.      In order to effectively respond to Plaintiff's motion, Defendants respectively request leave to exceed the normal 25-page limit for their brief in support of their response to Plaintiff's motion, and to file a responsive brief of up to 30 pages.

3.      Defendants' counsel conferred with Plaintiff's counsel, and Plaintiff does not oppose this request.

4.      A proposed order is attached.

Dated: June 17, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Elizabeth Tulis*

ELIZABETH TULIS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that on June 17, 2024, I conferred by email with Natalie Thompson, counsel for Plaintiff, and Ms. Thompson informed me that Plaintiff does not oppose the relief requested in the above motion.


*/s/ Elizabeth Tulis*


**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2024, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.


*/s/ Elizabeth Tulis*