IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Carroll Independent School District**, *Plaintiff*, v. **United States Department of Education,** et al., *Defendants*. | **Case No.** 4:24-cv-00461-O<br>District Judge Reed C. O'Connor |

### [PROPOSED] ORDER

Defendants' Motion for Leave to Exceed Page Limit (ECF No. __) is GRANTED. Defendants may file a brief of up to 30 pages in support of their response to Plaintiff's motion to delay effective date and for preliminary injunction.

It is so ordered.


Dated: _____, 2024

_____
REED C. O'CONNOR
United States District Judge