UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>Defendants. | Civil Action No. 4:24-cv-00461-O |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limit (ECF No. 26), filed June 17, 2024. Defendants request to file a brief of up to 30 pages in support of their response to Plaintiff's motion. Noting that the motion is unopposed and finding good cause therein, the Court **ORDERS** that the Motion should be and is hereby **GRANTED**.

**SO ORDERED** on this **18th day** of **June, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE