## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION; ET AL., <br><br> *Defendants.* | **Case No.** 4:24-cv-00461-O |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY WITH EXCESS PAGES

Plaintiff, Carroll Independent School District (Carroll ISD), respectfully moves this Court for leave to exceed the page limit for its reply in support of its motion to delay effective date and for preliminary injunction.

1. Plaintiff filed its motion and brief to delay effective date and for preliminary injunction on May 30, 2024. (ECF Nos. 15, 16).

2. Defendants filed an unopposed motion for leave to exceed the normal 25-page limit for their brief in support of their responses by 5 pages on June 17, 2024, (ECF No. 26), which the Court granted on June 18. (ECF No. 27).

3. In order to respond to the issues raised in the response on this issue of national importance, Plaintiff requests the Court for leave to exceed the normal 10-page limit for their reply by 5 pages.

4. On June 24, Plaintiff sought consent from Defendants, and Defendants consented to this motion.

5.      Plaintiff therefore respectfully requests the Court enter an order authorizing Plaintiff to file a reply in support of its motion to delay effective date and for preliminary injunction of up to 15 pages in length.

Respectfully submitted this 24th day of June, 2024.

/s/ Mathew W. Hoffmann

**Tim Davis**
Texas Bar No. 24086142
**Allison Allman**
Texas Bar No. 24094023
**Trevor Paul**
Texas Bar No. 24133388
**JACKSON WALKER LLP**
777 Main Street, Suite 2100
Fort Worth, Texas 76102
Telephone: (817) 334-7200
tdavis@jw.com
aallman@jw.com
tpaul@jw.com

**Jonathan A. Scruggs***
Arizona Bar No. 030505
**ALLIANCE DEFENDING FREEDOM**
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
jscruggs@ADFLegal.org

**Tyson C. Langhofer***
Virginia Bar No. 95204
**Mathew W. Hoffmann***
Virginia Bar No. 100102
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

**Natalie D. Thompson****
Texas Bar No. 24088529
**ALLIANCE DEFENDING FREEDOM**
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
nthompson@ADFlegal.org

**Counsel for Plaintiff Carroll ISD**

*Admitted pro hac vice

**Practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.

## CERTIFICATE OF SERVICE

I certify that on June 24th, 2024, this document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Mathew W. Hoffmann*
Mathew W. Hoffmann
**Counsel for Plaintiff Carroll ISD**