IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT**, <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF EDUCATION; ET AL.**, <br><br> *Defendants.* | **Case No.** 4:24-cv-00461-O |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY WITH EXCESS PAGES

Before the Court is Plaintiff's Unopposed Motion for Leave to File Reply with Excess Pages (ECF No. 32), filed June 24, 2024. Plaintiff requests to file a reply brief of up to 15 pages in support of its motion to delay effective date and for preliminary injunction. Noting that the motion is unopposed and finding good cause, the Court ORDERS that the Motion should be and is hereby GRANTED.

IT IS SO ORDERED.

Signed this __ day of ____, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE