**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT,**<br><br>　Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA,** in his official capacity as Secretary of the United States Department of Education; **CATHERINE E. LHAMON,** in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; **UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND,** in his official capacity as Attorney General of the United States; and **KRISTEN CLARKE,** in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>　Defendants. | Civil Action No. 4:24-cv-00461-O |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Reply with Excess Pages (ECF No. 32), filed June 24, 2024. Plaintiff requests to file a brief of up to 15 pages in support of their reply to Defendants' response. Noting that the motion is unopposed and finding good cause therein, the Court **ORDERS** that the Motion should be and is hereby **GRANTED**.

**SO ORDERED** on this **25th day** of **June, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**