UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT,** | § § § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| **UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA,** in his official capacity as Secretary of the United States Department of Education; **CATHERINE E. LHAMON,** in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; **UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND,** in his official capacity as Attorney General of the United States; and **KRISTEN CLARKE,** in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice, | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00461-O |
| Defendants. | § | |

# ORDER

Before the Court is the Motion for Leave to File *Amicus Curiae* Brief of Texas Values in Support (ECF No. 31), filed June 24, 2024. Texas Values seeks leave to file an *amicus curiae* brief in support of Plaintiff's motion for a preliminary injunction and a stay of the effective date. ECF No. 31 at 1. Local Rule 7.1(b) requires a Certificate of Conference on any such motion. Because the motion lacks this procedural requirement, the Court **DENIES** the motion. Texas Values may renew its motion after conferring with counsel for both parties as required by the local rule.

**SO ORDERED** this **25th day** of **June, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**