IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00461-O |

## ORDER

Before the Court are Plaintiff's Motion to Delay Effective Date and for Preliminary Injunction (ECF No. 15), filed on May 30, 2024, and Defendants' Response (ECF No. 28), filed on June 20, 2024. Given the issue will be fully briefed on July 5, 2024, and because the Plaintiff seeks relief on an expedited basis, the Court sets an in-person hearing on **Monday, July 8, 2024,** at **9:00 am** to discuss this motion. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**.

　　**SO ORDERED** on this **27th day** of **June, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE