UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 4:24-cv-00461-O<br>District Judge Reed O'Connor |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Pardis Gheibi, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned cases on behalf of all Defendants.

> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General
>
> EMILY B. NESTLER
> Assistant Branch Director
>
> */s/ Pardis Gheibi*
> PARDIS GHEIBI (D.C. Bar No. 90004767)
> Trial Attorney, U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Washington, D.C. 20005
> Tel.: (202) 305-3246
> Email: pardis.gheibi@usdoj.gov
>
> *Counsel for the Defendants*