UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>Defendants. | Civil Action No. 4:24-cv-00461-O |

## ORDER

Before the Court is the Unopposed Motion for Leave to File *Amicus Curiae* Brief (ECF No. 39), filed July 2, 2024. Texas Values seeks leave to file an *amicus curiae* brief in support of Plaintiff's motion for a preliminary injunction and a stay of the effective date. ECF No. 31 at 1. According to Texas Values, its *amicus curiae* brief "seeks to use its broad experience in legislative policy and legal matters to assist the Court's understanding of the First Amendment and state legislative issues applicable in this case." *Id.* The Court may exercise its "discretion to consider 'amicus' briefing where 'the proffered information is timely and useful or otherwise necessary to the administration of justice.'" *United States ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-

CV-1154-O, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (citation omitted). Having considered the reasons in support of this filing and noting the lack of opposition from any party, the Court exercises its discretion to **GRANT** leave to file the *amicus curiae* brief. Accordingly, the Clerk of Court is **DIRECTED** to file the Amicus Curiae Brief (ECF No. 39-1) as a separate docket entry.

    **SO ORDERED** on this **2nd** day of **July, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**