# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 4:24-cv-00461-O<br>District Judge Reed O'Connor |

## [PROPOSED] ORDER

Defendants' Unopposed Motion for Extension of Time To File Response to Complaint (ECF No. __) is GRANTED. The deadline for Defendants to answer or otherwise respond to the complaint is extended to August 13, 2024.

It is so ordered.


Dated: _____, 2024

_____
REED O'CONNOR
United States District Judge

1