IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-cv-00461-O |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline for Responding to Plaintiffs' Complaint (ECF No. 44), filed on July 17, 2024. Because the request is unopposed and contains no evidence of undue delay, bad faith, or dilatory motive, the Court **GRANTS** the requested relief. Accordingly, Defendants must respond by **August 13, 2024.**

**SO ORDERED** on this **18th day** of **July, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**