**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>    *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>    *Defendants*. | Civil Action No. 4:24-cv-00461-O |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF AS *AMICI CURIAE***

This cause came before the Court for review on the Motion of the Goldwater Institute and the Texas Public Policy Foundation for Leave to File Brief as *Amici Curiae* in support of Plaintiff's request for the stay of the August 1, 2024, effective date for the Department of Education's final

rule.  The Court has reviewed the file and the applicable law, and being fully advised in the premises, GRANTS the motion.

      SIGNED this _____ day of July, 2024.


_____
JUDGE PRESIDING