UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT,**<br><br>　　Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA,** in his official capacity as Secretary of the United States Department of Education; **CATHERINE E. LHAMON,** in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; **UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND,** in his official capacity as Attorney General of the United States; and **KRISTEN CLARKE,** in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00461-O |

### ORDER

　　Before the Court is the Unopposed Motion for the Goldwater Institute and the Texas Public Policy Foundation to Participate as *Amicus Curiae* (ECF No. 47), filed July 18, 2024. The Goldwater Institute and the Texas Public Policy Foundation seek leave to file an *amicus curiae* brief in support of Plaintiff's request for the stay of the effective date. ECF No. 47 at 1. These amici state their interest is to "provide a perspective informed by their role as state based public interest think tanks that litigate cases across the country." *Id* at 2.

1

The Court may exercise its "discretion to consider 'amicus' briefing where 'the proffered information is timely and useful or otherwise necessary to the administration of justice.'" *United States ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-CV-1154-O, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (citation omitted). Having considered the reasons in support of this filing and noting the lack of opposition from any party, the Court exercises its discretion to **GRANT** leave to file the *amicus curiae* brief. Accordingly, the Clerk of Court is **DIRECTED** to file the Goldwater Institute and the Texas Public Policy Foundation's brief (ECF No. 47, Exhibit A) as a separate docket entry.

**SO ORDERED** on this **19th** day of **July, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**