UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 4:24-cv-00461-O<br>District Judge Reed O'Connor |

## DEFENDANTS' FIRST NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this Notice of Supplemental Authority. Today, July 30, 2024, the District Court for the Northern District of Alabama denied plaintiffs' motion for a preliminary injunction. In that case, as here, plaintiff states—Alabama, Florida, Georgia, and South Carolina, alongside four private plaintiff organizations—requested the court enjoin Defendants' enforcement of the April 29, 2024 Final Rule entitled *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (the "Final Rule"). The court determined the plaintiffs had not demonstrated a likelihood of success on the merits and denied plaintiffs' motion. *See* Mem. Op. & Order, *State of Alabama et al v. Cardona, et al.*, No. 7:24-cv-533-ACA (N.D. Ala. July 30, 2024), ECF No. 58. In its opinion, the court addressed, among other things, severability and why the plaintiffs had failed to meet their burden with respect to that issue. *See id.* at 30–36.

The memorandum opinion and order is attached hereto as Exhibit A.

1

Dated: July 30, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ *Pardis Gheibi*
PARDIS GHEIBI
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
202-305-3246
pardis.gheibi@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically transmitted the foregoing document using the ECF filing system, which will serve a copy upon all counsel of record.

*/s/ Pardis Gheibi*

2