# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **Carroll Independent School District**, *Plaintiff*, v. **United States Department of Education, et al.**, *Defendants*. | **Case No.** 4:24-cv-00461-O |

## PARTIES' JOINT NOTICE OUTLINING SCHEDULE FOR EXPEDITED RESOLUTION

Pursuant to the Court's Order of July 31, 2024 (ECF No. 55), the parties respectfully submit the following joint notice outlining the agreed schedule for expedited resolution of this matter:

1. Plaintiff will file its motion for summary judgment and memorandum in support by August 16, 2024.

2. Defendants will produce the partial administrative record they intend to produce in *Tennessee v. Cardona*, 2:24-cv-72 (E.D. Ky.) in this case on August 16, 2024. Defendants may supplement that production with additional portions of the administrative record relevant to this case by August 23, 2024.

3. Defendants will file their combined motion for summary judgment, memorandum in support, and response to Plaintiff's motion for summary judgment on September 6, 2024.

4. Plaintiff will file its combined response to Defendants' motion for summary judgment and reply in support of its motion for summary judgment by September 16, 2024.

1

5. Defendants will file their reply in support of their motion for summary judgment by September 26, 2024.

6. Because of the complexity of the case, the parties respectfully request the Court enlarge the page limit for briefs in support of motions for summary judgment and responses to 40 pages and the page limit for replies to 15 pages. Defendants reserve the right to request additional enlargement for their combined motion for summary judgment, memorandum in support, and response to Plaintiff's motion for summary judgment depending on the complexity of the issues raised in Plaintiff's motion.

7. Because of this schedule, the parties agree that Defendants do not need to file a separate response to Plaintiff's Complaint. Accordingly, the current deadline for Defendants' response to the Complaint, which is August 13, 2024, should be vacated.

Respectfully submitted this 7th day of August, 2024.

| | |
|---|---|
| */s/ Elizabeth Tulis* | */s/ Mathew W. Hoffmann* |
| **Elizabeth Tulis** | **Tyson C. Langhofer*** |
| **Rebecca Kopplin** | Virginia Bar No. 95204 |
| **Benjamin Takemoto** | **Mathew W. Hoffmann*** |
| **Hannah Solomon-Strauss** | Virginia Bar No. 100102 |
| **Pardis Gheibi** | ALLIANCE DEFENDING FREEDOM |
| Trial Attorneys | 44180 Riverside Pkwy |
| U.S. DEPARTMENT OF JUSTICE | Lansdowne, Virginia 20176 |
| Civil Division, Federal Programs Branch | T: (571) 707-4655 |
| 1100 L Street NW | tlanghofer@ADFlegal.org |
| Washington, D.C. 20005 | mhoffmann@ADFlegal.org |
| T:(202) 514-9237 | |
| F: (202) 616-8470 | **Natalie D. Thompson**** |
| elizabeth.tulis@usdoj.gov | Texas Bar No. 24088529 |
| | ALLIANCE DEFENDING FREEDOM |
| *Counsel for Defendants United States Department of Education, Miguel Cardona, Catherine E. Lhamon, United States Department of Justice, Merrick B. Garland, and Kristen Clarke* | 440 First Street NW, Suite 600 |
| | Washington, DC 20001 |
| | T: (202) 393-8690 |
| | nthompson@ADFlegal.org |
| | |
| | **Jonathan A. Scruggs*** |
| | Arizona Bar No. 030505 |
| | ALLIANCE DEFENDING FREEDOM |
| | 15100 N. 90th Street |
| | Scottsdale, Arizona 85260 |
| | T: (480) 444-0020 |
| | jscruggs@ADFLegal.org |
| | |
| | **Tim Davis,** TX Bar No. 24086142 |
| | **Allison Allman,** TX Bar No. 24094023 |
| | **Trevor Paul,** TX Bar No. 24133388 |
| | JACKSON WALKER LLP |
| | 777 Main Street, Suite 2100 |
| | Fort Worth, Texas 76102 |
| | T: (817) 334-7200 |
| | tdavis@jw.com |
| | aallman@jw.com |
| | tpaul@jw.com |
| | |
| | *Counsel for Plaintiff* |
| | *\*Admitted pro hac vice* |
| | *\*\*Practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.* |