IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>　　Defendants. | Civil Action No. 4:24-cv-00461-O |

## ORDER

Before the Court is the parties' Joint Notice Outlining Schedule for Expedited Resolution (ECF No. 56), filed on August 7, 2024. After due consideration, the Court finds the parties' proposed schedule to be appropriate for this case and **ORDERS** as follows:

1. The deadline for Plaintiff to file their motion for summary judgement is **August 16, 2024**.
2. The deadline for Defendants to produce the partial administrative record is **August 16, 2024**. Defendants may supplement that production with additional portions of the administrative record relevant to this case by **August 23, 2024.**

3. The deadline for Defendants to file their combined motion for summary judgment, memorandum in support, and response to Plaintiff's motion for summary judgment is **September 6, 2024.**

4. The deadline for Plaintiff to file its combined response to Defendants' motion for summary judgment and reply in support of its motion for summary judgment is **September 16, 2024**.

5. The deadline for Defendants to file their reply in support of their motion for summary judgment is **September 26, 2024**.

6. The page limit for briefs in support of motions for summary judgment and responses is 40 pages and the page limit for replies is 15 pages.

7. Due to this schedule and the parties agreement, Defendants do not need to file a separate response to Plaintiff's Complaint. Accordingly, the current deadline for Defendants' response to the Complaint of August 13, 2024, is vacated.

**SO ORDERED** this **8th day** of **August, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE