UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT**, <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF EDUCATION; ET AL.**, <br><br> *Defendants.* | **Case No.** 4:24-cv-00461-O |

### PLAINTIFF CARROLL INDEPENDENT SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT

#### SUMMARY

Under Federal Rule of Civil Procedure 56, Plaintiff Carroll Independent School District (Carroll ISD) moves this Court for summary judgment against all Defendants on Counts 1–4 of its Complaint.[1] *See* ECF No. 1.

#### MOTION

As explained in the accompanying memorandum of law, the Department of Education's Title IX regulation, 89 Federal Register 33,474 (April 29, 2024) (the Rule), is contrary to the Title IX statute and requires Carroll ISD to violate the First Amendment rights of its students and staff. Plaintiff requests that this court hold the Rule unlawful, set it aside, and vacate it pursuant to 5 U.S.C. § 706, because it violates Title IX, the Administrative Procedure Act, and the U.S. Constitution.

---

[1] Because this Court has vacated and enjoined enforcement of the Interpretation and Fact Sheet challenged by Plaintiff, Plaintiff is not currently suffering injury from that agency action. *See Texas v. Cardona*, No. 4:23-cv-00604-O, 2024 WL 3658767, at *52 (N.D. Tex. Aug. 5, 2024). Plaintiff therefore does not object to this Court dismissing without prejudice Counts 5 and 6 of its Complaint.

1

Plaintiff also requests a judgment declaring, pursuant to 28 U.S.C. § 2201 and 5 U.S.C. § 706, that (i) the Rule's interpretation of Title IX is unlawful and (ii) the Rule is arbitrary and capricious.

In the alternative to vacatur, Plaintiff requests that this Court enter a permanent injunction enjoining Defendants, any other agency or employee of the United States, and anyone acting in concert with any such person from enforcing or implementing the Rule.

In support of its motion, Plaintiff relies on any oral argument permitted; prior documents, orders, and arguments filed or held in this case; and the attached memorandum in support of summary judgment, declaration of Dr. Lane Ledbetter, superintendent of Carroll ISD, and Declaration of Mathew W. Hoffmann.

There is no security requirement for the relief Plaintiff seeks. *See* Fed. R. Civ. P. 65(c); *Take Me Home, Inc. v. N.Y. Life Ins. Co.*, No. CIV. A. 94-3486, 1994 WL 710424, at *5 (E.D. La. Dec. 20, 1994). If the Court believes that any type of bond is necessary, Plaintiff respectfully requests this Court to waive that bond. *See City of Atlanta v. Metro. Atlanta Rapid Transit Auth.*, 636 F.2d 1084, 1094 (5th Cir. 1981).

If the Court grants this motion in whole or in part, Plaintiff reserves the right to then file a motion to award attorneys' fees and costs as the prevailing party. *See, e.g.*, 28 U.S.C. § 2412.

Respectfully submitted this 16th day of August, 2024.

**Tim Davis**
Texas Bar No. 24086142
**Allison Allman**
Texas Bar No. 24094023
**Trevor Paul**
Texas Bar No. 24133388
**JACKSON WALKER LLP**
777 Main Street, Suite 2100
Fort Worth, Texas 76102
Telephone: (817) 334-7200
tdavis@jw.com
aallman@jw.com
tpaul@jw.com

**Jonathan A. Scruggs***
Arizona Bar No. 030505
**ALLIANCE DEFENDING FREEDOM**
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
jscruggs@ADFLegal.org

/s/ Mathew W. Hoffmann
**Tyson C. Langhofer***
Virginia Bar No. 95204
**Mathew W. Hoffmann***
Virginia Bar No. 100102
**ALLIANCE DEFENDING FREEDOM**
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

**Natalie D. Thompson****
Texas Bar No. 24088529
**ALLIANCE DEFENDING FREEDOM**
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
nthompson@ADFlegal.org

**Counsel for Plaintiff Carroll ISD**

*Admitted pro hac vice*

**Practice supervised by one or more D.C. Bar members while D.C. Bar application is pending.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, a copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system. I further certify that the foregoing document was served using the CM/ECF system on all counsel of record.

*/s/ Mathew W. Hoffmann*
Mathew W. Hoffmann
*Counsel for Plaintiff Carroll ISD*
