# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **Carroll Independent School District**, *Plaintiff*, v. **United States Department of Education,** et al., *Defendants*. | **Case No.** 4:24-cv-00461-O<br>District Judge Reed C. O'Connor |

## [PROPOSED] ORDER

Defendants' Motion for Leave to Exceed Page Limit (ECF No. __) is GRANTED. Defendants may file a brief of up to 50 pages in support of their response to Plaintiff's motion for summary judgment, cross motion for summary judgment, and cross motion to dismiss.

It is so ordered.

Dated: _____, 2024

_____
REED C. O'CONNOR
United States District Judge

1