UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00461-O |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limit (ECF No. 61), filed August 30, 2024. Noting that the motion is unopposed and finding good cause therein, the Court **ORDERS** that the Motion should be and is hereby **GRANTED**.

**SO ORDERED** on this **3rd day** of **September, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE