IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT**,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,** *et al.*,<br><br>*Defendants*. | Case No. 4:24-cv-00461-O |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendants United States Department of Education; Miguel Cardona, in his official capacity as Secretary of Education; United States Department of Education's Office for Civil Rights; Catherine Lhamon, in her official capacity as Assistant Secretary for Civil Rights; United States Department of Justice; Merrick B. Garland, in his official capacity as Attorney General of the United States; and Kristen Clarke, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice (together "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the Court's July 11, 2024, Memorandum Opinion & Order (ECF No. 43) granting in part Plaintiff's Motion To Delay Effective Date and for Injunction (ECF No. 15).

| | |
|---|---|
| Dated: September 6, 2024 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | EMILY B. NESTLER<br>Assistant Branch Director |
| | /s/ Elizabeth Tulis<br>ELIZABETH TULIS<br>REBECCA KOPPLIN<br>BENJAMIN TAKEMOTO<br>PARDIS GHEIBI<br>CLAYTON BAILEY<br>JOHN T. LEWIS<br>Trial Attorneys<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L St. NW<br>Washington, DC 20005<br>Tel: (202) 514-9237<br>Fax: (202) 616-8470<br>E-mail: elizabeth.tulis@usdoj.gov |
| | *Counsel for the Defendants* |