UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education; CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and KRISTEN CLARKE, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,<br><br>　　Defendants. | Civil Action No. 4:24-cv-00461-O |

**ORDER**

　　Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limit (ECF No. 80), filed September 17, 2024. Defendants request to file a brief of up to 25 pages in support of their reply to Plaintiff's response. Because the Motion is unopposed and the Court finds good cause, the Court **ORDERS** that the Motion should be and is hereby **GRANTED**.

　　**SO ORDERED** on this **18th day** of **September, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE