UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT, § § § | |
| Plaintiff, § § | |
| vs. § | Civil Action No. 4:24-cv-00461-O |
| § | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., § § § | |
| Defendants. | |

## ORDER

In light of the executive branch's reevaluations, the parties are **ORDERED** to submit a joint status report on whether the case is moot, on or before **February 25, 2025**.

**SO ORDERED** on this **11th day** of **February, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE