# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 4:24-cv-00461-O** |
| **v.** | § | |
| | § | |
| **UNITED STATES DEPARTMENT OF EDUCATION, et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Court **GRANTS** Plaintiff's Motion for Summary Judgment (ECF No. 58) and **DENIES** Defendants' Cross-Motion for Summary Judgment (ECF No. 64).

2. The Court **VACATES** and **SETS ASIDE** the Final Rule titled "Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance," 34 C.F.R. § 106 (2024).

3. All other relief not expressly granted herein is **DENIED**.

**SO ORDERED** on this **19th day** of **February, 2025**.

_Reed O'Connor_
_____

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**