# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Mar 19, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 24-10824

_____

CARROLL INDEPENDENT SCHOOL DISTRICT,

*Plaintiff—Appellee,*

versus

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, SECRETARY, U.S. DEPARTMENT OF EDUCATION; CATHERINE E. LHAMON, *in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education*; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, U.S. ATTORNEY GENERAL, *in her official capacity as Attorney General of the United States*; KRISTEN CLARKE, *in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-461

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of March 19, 2025, pursuant to the joint motion of the parties.

24-10824

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Renee McDonough*
Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT