IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 4:24-cv-00461-O<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Proposed Intervenor-Defendant A Better Balance's Motion for Extension of Time to File Notice of Appeal. ECF No. 97. Noting that Plaintiff opposes the Motion and that Proposed Intervenor-Defendant requests a ruling by April 17, 2025, the Court **ORDERS** expedited briefing as follows:

**April 4, 2025**: Plaintiff's Response is due.

**April 8, 2025**: Proposed Intervenor-Defendant's Reply is due.

**SO ORDERED** on this **31st day** of **March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1