# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Carroll Independent School District
Plaintiff

v.

U.S. Department of Education, et al.
Defendant

4:24-cv-00461-O
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Victim Rights Law Center and Jane Doe

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Victim Rights Law Center and Jane Doe

| | |
|---|---|
| Date: | April 1, 2025 |
| Signature: | /s/ Heather Davis |
| Print Name: | Heather Davis |
| Bar Number: | Texas Bar No. 24092324 |
| Address: | 351 W. Jefferson Blvd., Ste. 503, |
| City, State, Zip: | Dallas, TX 75208 |
| Telephone: | (214) 390-4173 |
| Fax: | (877) 209-0647 |
| E-Mail: | hdavis@clgtrial.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

## CERTIFICATE OF SERVI/CE

I hereby certify that on April 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Heather Davis
Heather Davis (Texas Bar No. 24092324)
