UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 4:24-cv-00461-O |
| **UNITED STATES DEPARTMENT OF EDUCATION, et al.,** | § § § § | |
| Defendants. | | |

### ORDER

Proposed Intervenor-Defendant A Better Balance ("ABB") filed a Motion to Expedite Briefing on Its Motion to Intervene on April 1, 2025 (ECF No. 124). The Court hereby **VACATES** its April 2, 2025, Order (ECF No. 125), which granted ABB's Motion. Instead, the Court defers ruling on ABB's Motion. Plaintiff **SHALL** respond to ABB's Motion by **no later than April 7, 2025**. ABB **SHALL** file its reply by **no later than April 8, 2025**.

**SO ORDERED** on this **3rd day** of **April, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1