UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Plaintiff, | § § | |
| vs. | § | Civil Action No. 4:24-cv-00461-O |
| | § | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | § § § | |
| Defendants. | | |

## ORDER

Before the Court are Proposed Intervenor-Defendant A Better Balance's ("ABB") Motion for Extension of Time to File Notice of Appeal (ECF No. 97), filed March 28, 2025; Proposed Intervenor-Defendants Victim Rights Law Center ("VRLC") and Jane Doe's Motion for Extension of Time to File Notice of Appeal (ECF No. 103) and Motion to Expedite Briefing Schedule (ECF No. 104), filed March 31, 2025; and ABB's Motion to Expedite Briefing (ECF No. 124), filed April 1, 2025. The above-mentioned Motions are ripe for the Court's review. Upon considering the parties' briefing and applicable law, the Court finds that good cause exists to **GRANT** the Motions filed by ABB, VRLC, and Jane Doe (collectively, "Proposed Intervenor-Defendants"). Accordingly, the deadline to file a notice of appeal is extended to **May 21, 2025**. *See* FED. R. APP. P. 4(a)(5)(C). Moreover, the parties **SHALL** respond to Proposed Intervenor-Defendants' Motions to Intervene (ECF Nos. 91, 99) by **no later than April 17, 2025**, and Proposed Intervenor-Defendants **SHALL** reply by **no later than April 24, 2025**.

**SO ORDERED** on this **11th day** of **April, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1