## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **Carroll Independent School District,** *Plaintiff*, <br><br> **v.** <br><br> **United States Department of Education, et al.,** *Defendants,* <br><br> *and* <br><br> **A Better Balance,** *[Proposed] Intervenor-Defendant,* <br><br> *and* <br><br> **Victim Rights Law Center and Jane Doe,** *[Proposed] Intervenor-Defendants* | 4:24-cv-00461-O <br> Judge Reed O'Connor |

## [PROPOSED] INTERVENOR-DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that [Proposed] Intervenor-Defendants Victim Rights Law Center (VRLC) and Jane Doe hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on February 19, 2025 (docket entry no. 87), and from the district court's order denying VRLC's and Jane Doe's Motion to Intervene, entered on May 15, 2025 (docket entry no. 154).

Dated: May 21, 2025                Respectfully submitted,

/s/ Elizabeth E. Theran
Shiwali Patel
Rachel Smith
Elizabeth Tang
Elizabeth E. Theran
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
spatel@nwlc.org
rsmith@nwlc.org
etang@nwlc.org
etheran@nwlc.org

Ellen Eardley
Andrea Forsee
Mehri & Skalet PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
eeardley@findjustice.com
aforsee@findjustice.com

Heather Davis
Texas Bar No. 24092324
Carter Law Group
351 W. Jefferson Blvd., Ste. 503, LB11
Dallas, TX 75208
Telephone: (214) 390-4173
Fax: (877) 209-0647
hdavis@clgtrial.com

*Attorneys for Proposed Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2025, a true and accurate copy of the foregoing

Notice of Appeal was filed electronically via CM/ECF and served on all counsel of

record.

<u>/s/ Elizabeth E. Theran</u>
Elizabeth E. Theran
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
etheran@nwlc.org