UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants,<br><br> and<br><br>A BETTER BALANCE,<br><br>  [Proposed] Intervenor-Defendant. | Case No. 4:24-CV-00461-O |

## PROPOSED INTERVENOR-DEFENDANT A BETTER BALANCE'S NOTICE OF APPEAL

Proposed Intervenor-Defendant A Better Balance appeals to the U.S. Court of Appeals for the Fifth Circuit from the order and final judgment entered on February 19, 2025, and the denial of A Better Balance's motion to intervene entered on May 15, 2025.

DATED: May 21, 2025

Respectfully submitted,

/s/ *Matthew Borden*
Matthew Borden*
Kory DeClark*
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
borden@braunhagey.com
declark@braunhagey.com

Alexandra Z. Brodsky*
Adele P. Kimmel*
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
Phone: (202) 797-8600
abrodsky@publicjustice.net
akimmel@publicjustice.net

Roger L. Mandel
JEEVES MANDEL LAW GROUP
2833 Crockett Street, Suite 135
Fort Worth, TX 76107
Phone: 214-253-8300
rmandel@jeevesmandellawgroup.com
khill@jeeveslawgroup.com

Christman Rice*
Marissa Benavides*
Lily (Haeun) Kim*
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (415) 276-1808
rice@braunhagey.com
benavides@braunhagey.com
kim@braunhagey.com

**Admitted pro hac vice*

*Attorneys for Proposed Intervenor-Defendant*

**CERTIFICATE OF SERVICE**

      I certify that on May 21, 2025, the above document was filed with the CM/ECF filing system, which electronically serves a copy to all counsel of record.

DATED: May 21, 2025                                      /s/ *Matthew Borden*
                                                                                     Matthew Borden