# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **CARROLL INDEPENDENT SCHOOL DISTRICT,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 4:24-cv-00461-O** |
| **v.** | § | |
| | § | |
| **UNITED STATES DEPARTMENT OF EDUCATION, et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Having reviewed Defendants' Unopposed Motion to Withdraw Co-Counsel (ECF No. 163), the Court hereby **GRANTS** the Motion. The Clerk of Court is directed to remove Elizabeth Tulis from future electronic notifications regarding this case.

**SO ORDERED** this **25th day** of **August, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**