# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 19, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 25-10651   Carroll ISD v. EDUC
              USDC No. 4:24-CV-461

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Casey A. Sullivan, Deputy Clerk
        504-310-7642

cc w/encl:
    Ms. Allison B. Allman
    Ms. Marissa Benavides
    Ms. Dana Victoria Bolger
    Mr. Matthew Borden
    Ms. Alexandra Z. Brodsky
    Ms. Brittany Barton Burnham
    Mr. John J. Bursch
    Mr. Timothy Edward Davis
    Ms. Andrea Dobson-Forsee
    Ms. Ellen Eardley
    Mr. Mathew Hoffmann
    Ms. Adele Phyllis Kimmel
    Ms. Sophie Lenihan
    Mr. Steven Andrew Myers
    Ms. Leila Nicole Nasrolahi
    Mr. Shiwali Patel
    Ms. Tara S. Patel
    Mr. David Peters
    Mr. Charles Wylie Scarborough
    Mr. Jonathan Andrew Scruggs

Ms. Rachel Elizabeth Smith
Ms. Elizabeth Tang
Ms. Elizabeth Ellen Theran
Ms. Natalie Deyo Thompson